# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| VINCENT MONTAGUE, | ) | CASE NO.1:22CV966 |
| | ) | |
| Plaintiff, | ) | SENIOR JUDGE |
| | ) | CHRISTOPHER A. BOYKO |
| vs. | ) | |
| | ) | |
| CITY OF CLEVELAND, ET AL., | ) | ORDER OF DISMISSAL |
| | ) | |
| Defendants. | ) | |

**<u>CHRISTOPHER A. BOYKO, Sr. J.:</u>**

On October 6, 2022, the Court ordered Plaintiff to Show Cause by October 17, 2022 why his Complaint should not be dismissed for failure to serve Defendants within 90 days of filing his Complaint in accordance with Fed. R. Civ. P. 4(m). (ECF # 5).   As of today's date, Plaintiff has not complied with the Court's directive.

Therefore, the above-captioned case is dismissed without prejudice.

**IT IS SO ORDERED.**


**Date: 10/18/2022**                **/s/Christopher A Boyko**
                                    **CHRISTOPHER A. BOYKO**
                                    **Senior United States District Judge**